**STATE OF MINNESOTA, Appellee,**

v.

**Philander Dermont JENKINS, Jr., Appellant.**

No. 04–4070.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 2005.

Decided: Oct. 12, 2005.

Stephen J. Christie and John Henry Stechmann, St. Paul, MN, for Appellee.

Jill Clark, Golden Valley, MN, for Appellant.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Philander Dermont Jenkins sought to remove a criminal case pending against him in Hennepin County, Minnesota, to federal court under 28 U.S.C. § 1443. The district court[1] summarily remanded the action to state court pursuant to 28 U.S.C. § 1446(c)(4). This appeal followed.

We note our authority to review whether the district court erred in denying removal under section 1443, *see* 28 U.S.C. § 1447(d), and we agree with the district court that Jenkins failed to show sufficient grounds to support his invocation of section 1443, *see* 28 U.S.C. § 1443; *Georgia v. Rachel,* 384 U.S. 780, 792, 797–99, 86 S.Ct. 1783, 16 L.Ed.2d 925 (1966); *City of*

*Greenwood v. Peacock,* 384 U.S. 808, 826–27, 832, 86 S.Ct. 1800, 16 L.Ed.2d 944 (1966).

Accordingly, we affirm.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.